# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| STATE OF NEW YORK; STATE OF WASHINGTON; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; THE PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WISCONSIN, <br><br>      Plaintiffs-appellees, <br><br>  v. <br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; SUSAN MONAREZ, in her official capacity as Acting Director, First Assistant to the Director, Principal Deputy Director of the Centers for Disease Control and Prevention; MARTIN MAKARY, in his official capacity as Commissioner of the U.S. Food and Drug Administration; U.S. FOOD & DRUG ADMINISTRATION; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; MARY LAZARE, in her official capacity as Principal Deputy Administrator of the Administration for Community Living; ADMINISTRATION FOR COMMUNITY LIVING; ARTHUR KLEINSCHMIDT, in his official capacity as Principal Deputy Assistant Secretary of the Substance Abuse and Mental Health Services Administration; SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION; CENTERS FOR DISEASE CONTROL AND PREVENTION, <br><br>      Defendants-appellants. | No. 25-1780 |

**JOINT STIPULATION TO DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to the dismissal of this appeal, with each side to bear their own fees and costs.

| | |
|---|---|
| LETITIA JAMES<br>  *Attorney General of New York*<br><br>By: */s/ Daniel S. Magy*<br>Barbara D. Underwood<br>  *Solicitor General*<br>Judith N. Vale<br>  *Deputy Solicitor General*<br>Daniel S. Magy<br>  *Assistant Solicitor General*<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-6073<br><br>(*Counsel for Plaintiffs-Appellees continues on next page.*) | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>  *Assistant Attorney General*<br>ERIC D. MCARTHUR<br>  *Deputy Assistant Attorney General*<br><br>MELISSA N. PATTERSON<br>  */s/ Steven A. Myers*<br>STEVEN A. MYERS<br>  *Attorneys, Appellate Staff*<br>  *Civil Division, Room 7232*<br>  *U.S. Department of Justice*<br>  *950 Pennsylvania Avenue NW*<br>  *Washington, DC 20530*<br>  *(202) 305-8648*<br>  *Steven.A.Myers@usdoj.gov*<br><br>*Counsel for Defendants-Appellants* |

October 2025

NICHOLAS W. BROWN
  *Attorney General of Washington*

By: /s/ *Spencer W. Coates*
Spencer W. Coates
Kelsey E. Endres
  *Assistant Attorneys General*
Cynthia Alexander
William McGinty
  *Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

KRISTIN K. MAYES
  *Attorney General of Arizona*

By: /s/ *Alexa G. Salas*
ALEXA G. SALAS
  *Assistant Attorney General*
2005 N. Central Avenue
Phoenix, Arizona 85004
(602) 542-3333

ROB BONTA
*Attorney General of California*

By: /s/ *Crystal Adams*
CRYSTAL ADAMS
  *Deputy Attorney General*
MICHAEL L. NEWMAN
NELI PALMA
  *Senior Assistant Attorneys General*
KATHLEEN BOERGERS
VIRGINIA CORRIGAN
SRIVIDYA PANCHALAM
  *Supervising Deputy*
    *Attorneys General*
JESSE BASBAUM
JEANELLY OROZCO ALCALA
  *Deputy Attorneys General*
1515 Clay Street

PETER F. NERONHA
  *Attorney General of Rhode Island*

By: /s/ *Sarah W. Rice*
Sarah W. Rice (#1205724)
  *Deputy Chief*
  *Public Protection Bureau*
150 S. Main Street
Providence, RI 02903
(401) 274-4400

WILLIAM TONG
  *Attorney General of Connecticut*

By: /s/ *Michael K. Skold*
MICHAEL K. SKOLD
  *Solicitor General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020

KATHLEEN JENNINGS
*Attorney General of Delaware*

By: /s/ *Vanessa L. Kassab*
IAN R. LISTON
  *Director of Impact Litigation*
VANESSA L. KASSAB
  *Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

Oakland, CA 94612-1499
(510) 879-3428

PHILIP J. WEISER
*Attorney General of Colorado*

By: */s/ David Moskowitz*
DAVID MOSKOWITZ
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000

ANNE E. LOPEZ
  *Attorney General of Hawai'i*

By: */s/ Kaliko'onālani D. Fernandes*
DAVID D. DAY
  *Special Assistant to*
  *the Attorney General*
KALIKO'ONĀLANI D. FERNANDES
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360

KWAME RAOUL
  *Attorney General of Illinois*

By: */s/ Alex Hemmer*
JANE ELINOR NOTZ
  *Solicitor General*
ALEX HEMMER
  *Deputy Solicitor General*
115 S. LaSalle Street
Chicago, IL 60603
(312) 814-3000

BRIAN L. SCHWALB
*Attorney General for*
  *the District of Columbia*

By: */s/ Andrew C. Mendrala*
ANDREW C. MENDRALA
  *Assistant Attorney General*
  *Public Advocacy Division*
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726

ANTHONY G. BROWN
  *Attorney General of Maryland*

By: */s/ Michael Drezner*
MICHAEL DREZNER
  *Senior Assistant Attorney General*
  *Federal Accountability Unit*
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6959

DANA NESSEL
  *Attorney General of Michigan*

By: */s/ Neil Giovanatti*
NEIL GIOVANATTI
  *Assistant Attorneys General*
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603

AARON M. FREY
*Attorney General of Maine*

By: */s/ Margaret Machaiek*
MARGARET MACHAIEK
  *Assistant Attorney General*
6 State House Station
August, ME 04333-0006
(207) 626-8800

MATTHEW J. PLATKIN
  *Attorney General of New Jersey*

By: */s/ Justine M. Longa*
JUSTINE M. LONGA
JESSICA L. PALMER
  *Deputy Attorneys General*
25 Market Street
Trenton, NJ 08625
(609) 696-4527

RAÚL TORREZ
  *Attorney General of New Mexico*

BY: */s/ Anjana Sanmant*
ANJANA SAMANT
  *Deputy Counsel*
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060

DAN RAYFIELD
  *Attorney General of Oregon*

By: */s/ Erin K. Galli*
ERIN K. GALLI
  *Senior Assistant Attorney General*
100 Market Street
Portland, OR 97201
(503) 378-4402

KEITH ELLISON
  *Attorney General of Minnesota*

By: */s/ Lindsey E. Middlecamp*
LINDSEY E. MIDDLECAMP
  *Special Counsel, Rule of Law*
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 300-0711

CHARITY R. CLARK
  *Attorney General of Vermont*

By: */s/ Ryan P. Kane*
RYAN P. KANE
  *Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153

JOSHUA L. KAUL
  *Attorney General of Wisconsin*

By: */s/ Charlotte Gibson*
CHARLOTTE GIBSON
  *Assistant Attorney General*
P.O. Box 7857
Madison, WI 53707-7857
(608) 957-5218

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are represented by registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Steven A. Myers*
STEVEN A. MYERS