# United States Court of Appeals
## For the First Circuit

No. 25-1780

STATE OF NEW YORK; STATE OF WASHINGTON; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; THE PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; SUSAN MONAREZ, in the official capacity as Acting Director, First Assistant to the Director, Principal Deputy Director of the Centers for Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; MARTIN MAKARY, in the official capacity as Commissioner of the U.S. Food and Drug Administration; U.S. FOOD AND DRUG ADMINISTRATION; ANDREW GRADISON, in the official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; MARY LAZARE, in the official capacity as Principal Deputy Administrator of the Administration for Community Living; ADMINISTRATION FOR COMMUNITY LIVING; ARTHUR KLEINSCHMIDT, in the official capacity as Principal Deputy Assistant Secretary of the Substance Abuse and Mental Health Services Administration; SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION,

Defendants - Appellants.

**JUDGMENT**

Entered: October 30, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier
Kevin M. Bolan
Melissa N. Patterson
Steven A. Myers
Rabia Muqaddam
Daniel S. Magy
Molly Thomas-Jensen
Jessica Ranucci
Spencer Wade Coates
Kelsey E. Endres
Kathryn M. Sabatini
Sarah Rice
Chandana Pandurangi
Alexa Gabriela Salas
Michael Louis Newman
Panchalam Seshan Srividya
Kathleen Boergers
Crystal M. Adams
David Moskowitz
Michael Kenneth Skold
Vanessa L. Kassab
Ian R. Liston
David Dana Day
Kalikoʻonālani D. Fernandes
Alex Hemmer
Katharine Pinckney Roberts
Neil Giovanatti
Anjana Samant
Astrid Carrete
Erin Galli
Ryan P. Kane
Christina S. Marshall