# United States Court of Appeals
## For the First Circuit

No. 25-1780

STATE OF NEW YORK; STATE OF WASHINGTON; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; THE PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; SUSAN MONAREZ, in the official capacity as Acting Director, First Assistant to the Director, Principal Deputy Director of the Centers for Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; MARTIN MAKARY, in the official capacity as Commissioner of the U.S. Food and Drug Administration; U.S. FOOD AND DRUG ADMINISTRATION; ANDREW GRADISON, in the official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; MARY LAZARE, in the official capacity as Principal Deputy Administrator of the Administration for Community Living; ADMINISTRATION FOR COMMUNITY LIVING; ARTHUR KLEINSCHMIDT, in the official capacity as Principal Deputy Assistant Secretary of the Substance Abuse and Mental Health Services Administration; SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION,

Defendants - Appellants.

**MANDATE**

Entered: October 30, 2025

    In accordance with the judgment of October 30, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Crystal M. Adams
Kathleen Boergers
Kevin M. Bolan
Astrid Carrete
Spencer Wade Coates
David Dana Day
Kelsey E. Endres
Kalikoonalani Diara Fernandes
Erin Galli
Neil Giovanatti
Alex Hemmer
Ryan P. Kane
Vanessa L. Kassab
Ian R. Liston
Daniel S. Magy
Christina S. Marshall
David Moskowitz
Rabia Muqaddam
Steven A. Myers
Michael Louis Newman
Chandana Pandurangi
Melissa N. Patterson
Jessica Ranucci
Sarah Rice
Katharine Pinckney Roberts
Kathryn M. Sabatini
Alexa Gabriela Salas
Anjana Samant
Michael Kenneth Skold
Panchalam Seshan Srividya
Molly Thomas-Jensen
Lauren S. Zurier